■ RUSHER FORD SALES, INC., Respondent, v. GLENS FALLS INSURANCE COMPANY, Appellant.— Order unanimously affirmed, with $25 costs and disbursements. (Appeal from order of Erie Special Term denying defendant's motion to strike out of the amended complaint, as sham, so much as relates to a certain fire insurance policy.) Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ. [32 Misc 2d 468.]